UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sandra Sanders,

            Plaintiff,      Case No. 23-10779

v.                                   Judith E. Levy
                                   United States District Judge

Ray's Check Cashing, et al.,

                                   Mag. Judge Elizabeth A.
           Defendants.   Stafford

_____/

**ORDER STRIKING PLAINTIFFS' COMPLAINT AND
MOTION FOR A TEMPORARY RESTRAINING ORDER AND
FOR A PRELIMINARY INJUNCTION [1,3]**

On April 4, 2023, Plaintiff Sandra Sanders filed a complaint in this case against Defendants Ray's Check Cashing, Ray Jablonski, Sincere Lopez, Cecilia Edwards, and Elaine Embry (ECF No. 1) and a motion for a temporary restraining order and a preliminary injunction. (ECF No. 3.) Plaintiff is proceeding pro se. Plaintiff's filings are unsigned and are therefore not in compliance with Federal Rule of Civil Procedure 11(a)'s signature requirement.[1] Accordingly, Plaintiffs' complaint and motion

---

[1] Federal Rule of Civil Procedure 11(a) provides in relevant part that "[e]very pleading, written motion, and other paper must be signed . . . by a party personally if

are stricken. Plaintiff may refile her complaint and motion once they are signed.

IT IS SO ORDERED.

Dated: April 5, 2023  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 5, 2023.

 s/William Barkholz
 WILLIAM BARKHOLZ
 Case Manager

---

the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number."

2